IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **RICARDO DAUGHTREY,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 5:13-CV-383 (MTT) |
| | ) | |
| **LT. OFFICER JOHN DOE**, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## ORDER

This matter is before the Court on the Recommendation of United States Magistrate Judge Stephen Hyles. (Doc. 5). After screening the complaint pursuant to 28 U.S.C. § 1915A, the Magistrate Judge recommends allowing the Plaintiff's deliberate indifference claims against Defendants Deputy Warden of Care and Treatment, Deputy Warden of Security, and Mental Health Director at Baldwin State Prison to go forward. However, the Magistrate Judge recommends dismissing Plaintiff's deliberate indifference claims against Defendants Lieutenant Officer X and Officer X because the Plaintiff has not sufficiently identified these Defendants to effect service. The Magistrate Judge also recommends dismissing the Plaintiff's request for an injunction because that claim became moot upon his transfer to another facility. The Plaintiff did not file an objection to the Recommendation.

The Court has reviewed the Recommendation, and the Recommendation is adopted and made the order of this Court. Accordingly, Defendants Lieutenant Officer

X and Officer X are **DISMISSED as parties to this action**, and the Plaintiff's request for injunctive relief is **DISMISSED without prejudice**.  The Plaintiff's remaining claims shall go forward.

**SO ORDERED**, this the 18th day of November, 2013.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT
