IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **RICARDO DAUGHTREY,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 5:13-CV-383 (MTT) |
| | ) | |
| **CHERIE PRICE,** *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

This matter is before the Court on the Recommendation of United States Magistrate Judge Stephen Hyles. (Doc. 26). The Magistrate Judge recommends granting the Plaintiff's motion to dismiss without prejudice (Doc. 25), which the Magistrate Judge construes as a motion for voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1), because the Defendants have not yet filed an answer or motion for summary judgment. None of the Parties filed an objection to the Recommendation.

The Court has reviewed the Recommendation, and the Recommendation is adopted and made the order of this Court. The Plaintiff's motion for voluntary dismissal (Doc. 25) is **GRANTED**, and his complaint is **DISMISSED without prejudice**. The Plaintiff's motion to amend complaint (Doc. 21) and the Defendants' motions to dismiss (Docs. 14, 17) are **DENIED as moot**.

**SO ORDERED**, this the 28th day of March, 2014.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT
